**FILED**

**FEB 09 2010**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: TRACY DEE ANN CORONA. | No. 09-73889 |
| TRACY DEE ANN CORONA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA,<br><br>　　　　　Respondent,<br><br>UNITED STATES OF AMERICA; et al.,<br><br>　　　　　Real Parties in Interest. | D.C. No. CR-04-1298-BEN<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

Before: CANBY, GOULD and TALLMAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

AT/MOATT