# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED

10 JUN -2 PM 4:01

*This space for Clerk's Office File Stamp*

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Roger T. Benitez
FROM: C. Ecija,    Deputy Clerk    RECEIVED DATE: 05/25/10
CASE NO.: 04cr1298-BEN    DOCUMENT FILED BY: Non-party Kari Ann Joling
CASE TITLE: USA v. Corona, et al
DOCUMENT ENTITLED: Certificate of Service

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: Case closed; filer not a party to case. |

Date forwarded: 05/25/10

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 5/2/10    CHAMBERS OF: ___
cc: All Parties    By: ___

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]



NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on May 20th, 2010, the following documents:

1. **No Bill of the De jure Grand Jury on Oregon of the sovereign men and women of the united States of America within the original district of the federal circuit assembled under God as Guardians of the Free Republics and sole lawful authority on the land** (5 pages)
2. **The unanimous Declaration of the sovereign People of the united States of America to restore and reinhabit the free American republics, circa 2010** (1 page)
3. **Covenant of office** (1 page)

were placed in an envelope by me and sent via return receipt PS Form 3811 by the below noted United States Postal Office Mail receipt number:

| | |
|---|---|
| TO: CLERK OF COURT<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>OFFICE OF THE CLERK<br>880 FRONT STREET, SUITE 4290<br>SAN DIEGO, CA 92101-8900 | Registered Mail Number<br>RA 791 372 710 US |

Copies of the above noted documents were also placed in an envelope by me and hand delivered to:

| | |
|---|---|
| CC TO: ANDREW JACKSON, COOS COUNTY SHERIFF<br>COOS COUNTY SHERIFF'S OFFICE<br>COOS COUNTY COURTHOUSE<br>2ND AND BAXTER<br>COQUILLE, OR 97423 | Hand Delivered |

The undersigned secretary has had no involvement in the prosecution or deliberations of this hearing. Furthermore, this secretary is not a member of the jury, his/her involvement being to follow the directions of the jury foreman, to receive from the jury the information in this document, and to deliver it to the designated parties.

Signed and sealed by my hand this 20th day of May, in the year of our LORD, two thousand and ten

By: [signature]
secretary
UCC 1-308

Certificate of Service                                   Page 1 of 1